UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

-v-

311 WEST BROADWAY GARAGE LLC and SOHO 311 DEVELOPMENT, INC.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 10448 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on December 27, 2022, with Defendants' Answers due on January 17, 2023. (ECF Nos. 8, 9). No Answers having been filed on the docket, Plaintiff is hereby ORDERED to request Certificates of Default from the Clerk of Court by **February 28, 2023** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **March 7, 2023**.

Dated:    New York, New York
             February 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**