UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                Plaintiff,

-v-

311 WEST BROADWAY GARAGE LLC and SOHO 311 DEVELOPMENT, INC.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 10448 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Attorneys Richard Bahrenburg ("Bahrenburg"), Bran Noonan ("Noonan"), and Philip Davidoff ("Davidoff"), each of the law firm FordHarrison LLP ("FordHarrison"), have filed notices of appearance on behalf of Defendant 311 East Broadway Garage LLC. (ECF Nos. 13; 14; 26). On May 30, 2023, Noonan filed an answer to the Complaint on behalf of Defendant Soho 311 Development, Inc. ("Soho"). (ECF No. 20). On July 27, 2023, Noonan filed a motion to withdraw as counsel for "Defendants 311 West Broadway Garage LLC, et al." (ECF No. 27 (the "Motion")). Noonan states that "FordHarrison LLP will continue to represent Defendants." (Id.) To date, however, no attorneys other than Noonan have formally appeared on behalf of Soho. To allow a ruling on the Motion, the Court directs Bahrenburg and Davidoff to confirm their representation and file notices of appearance on behalf of Soho by **August 4, 2023**.

Dated:     New York, New York
            August 3, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge